# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | 1:07cv1888 LJO SMS |
| | ) | |
| | ) | ORDER OF DISMISSAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MINE RESISTANT AMBUSYH PROTECTED VEHICLES, | ) ) | |
| | ) | |
| Defendant. | ) | |

      Plaintiff Jonathan Lee Riches ("Plaintiff") is currently incarcerated at FCI Williamsburg and filed the instant action on December 27, 2007. A review of the docket reveals that Plaintiff has filed over 30 actions in the Fresno and Sacramento division of this Court since October 2007. In fact, Plaintiff has inundated federal courts across the County with meritless litigation in recent years. He did not file an application to proceed in forma pauperis or pay the $350.00 filing fee.

      A review of his complaint reveals that it is patently frivolous and fails to state any colorable claim to invoke this Court's jurisdiction. His complaint, which names as defendant Mine Resistant Ambush Vehicles, alleges that "My civil rights are blown up with IED's scattered in the fields of FCI Williamsburg." Plaintiff also alleges that he is being invaded by grenades. It is clear that his complaint is nothing more than an abuse of the judicial process.

      Indeed, other courts have dismissed Plaintiff's actions outright. For example, in the Middle District of Florida, Plaintiff has been restricted from filing any civil complaints without payment of the full statutory filing fee. The Clerk was directed to refuse any complaint filed by Plaintiff that was not accompanied by the filing fee. In so ruling, United States District Judge Gregory A. Presnell explained:

> It is not clear whether these outlandish pleadings are products of actual mental illness or simply a hobby akin to short story writing. Whatever their origin, and though they are

amusing to the average reader, they do nothing more than clog the machinery of justice, interfering with the court's ability to address the needs of the genuinely aggrieved. It is time for them to stop.

<u>Riches v. Simpson</u>, et al., 6:07cv1504-Orl-31KRS, Order of Court dated Sep. 24, 2007.

A review of Plaintiff's actions before this Court compel a finding that he should be similarly restricted in his filings here. In addition to this action, Plaintiff has filed an action requesting a restraining order against Dan Rather, alleging in part that Mr. Rather told him that if he didn't agree to "having [his] story on his show, he is going to send British Dr. Harold Shipman to FCI Williamsburg and inject my brain with antifreeze and brake fluid to make me submissive to Jewish Broadcasting." <u>Riches v. Rather</u>, 1:07cv1523 LJO GSA, Complaint, at 2. In another action, Plaintiff sues Arizona Wildcats Head Coach Lute Olson, alleging that Olson is his biological father, as well as the father of the "Olson twins." <u>Riches v. Olson, et al.</u>, 1:07cv1886 AWI DLB, Complaint, at 1. In <u>Riches v. Follett</u>, 1:07cv1887 AWI SMS, Plaintiff seeks 13 million dollars because he "can't join defendant's book club" despite being a "book worm since 1984." Complaint, at 1.

In short, Plaintiff's complaints before this Court are nonsensical, delusional and fail to state any claim under 42 U.S.C. § 1983 or a basis for this Court's jurisdiction.

Accordingly, IT IS ORDERED THAT:

1. This action is DISMISSED, with prejudice, as frivolous; and
2. The Clerk of the Court is RESTRICTED from filing any civil complaints of Jonathan Lee Riches in this Court without payment of the full statutory filing fee. The Clerk is directed to REFUSE any complaint that is not accompanied by the fee at the time of its attempted filing.

IT IS SO ORDERED.

**Dated:   January 9, 2008**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE